UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States Of America,** | CASE NO.: 22CR0454-JLS |
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING DATE** |
| **Manuel Carranza-Soto,** | |
| Defendant. | |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently set for April 22, 2022, at 2:00 p.m. be continued to May 27, 2022, at 2:00 p.m.

Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:  April 19, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge